**Order filed April 9, 2014.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔒𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

**NO. 14-13-00852-CV**

———————

**IN RE EURECAT US, INC., Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-25700**

## CORRECTED ORDER

We withdraw our order issued April 8, 2014, and we issue this corrected order in its place. On March 13, 2014, relator Eurecat US, Inc. filed a motion for en banc reconsideration and a motion for stay. The motions are denied by a majority vote of the court.

PER CURIAM

The en banc court consists of Chief Justice Frost and Justices Boyce, Christopher, Jamison, McCally, Busby, Donovan, Brown, and Wise. Chief Justice Frost and Justices Christopher and McCally voted to grant both motions.